UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ISLAS RENE, OMAR HERNANDEZ, and
GUSTAVO VIDALS RIOS

        *Plaintiffs,*

-against-

BBR CONTRACTING CORP.,

        *Defendant.*

-----------------------------------------------------------X

Civil Action No.: 21-cv-6110

STIPULATION AND (PROPOSED)
ORDER OF DISMISSAL
WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel that, should the Court grant permission, the above-entitled action, be dismissed without prejudice and not on the merits.

_____
Gennadiy Naydenskiy (GN5601)
Naydenskiy Law Firm, LLC
426 Main St, #201
Spotswood, NJ, 08884
718-808-2224
*Attorney for Plaintiffs*

Date: 8/3/2022

_____
Michael P. Giampilis, Esq.
Law Offices of Michael P. Giampilis, P.C.
2 Supreme Court
Smithtown, New York 11787
(516) 739-5838
*Attorney for Defendants*

Date:

SO ORDERED THIS __17__ DAY OF __August__, 2022

s/Ann M. Donnelly
_____
HON. ANN M. DONNELLY